**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **HUAWEI TECHNOLOGIES CO. LTD.**<br><br>    **Plaintiff,**<br><br>v.<br><br>**T-MOBILE US, INC. and T-MOBILE USA, INC.,**<br><br>    **Defendants,**<br><br>**NOKIA SOLUTIONS AND NETWORKS US LLC and NOKIA SOLUTIONS AND NETWORKS OY,**<br><br>    **Intervenors.** | No. 2:16-cv-0052-JRG-RSP<br>2:16-cv-0055-JRG-RSP<br>2:16-cv-0056-JRG-RSP<br>2:16-cv-0057-JRG-RSP |

**ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR PARTIES
TO SUBMIT PROPOSED PROTECTIVE ORDER AND COMPU WITH
PARAGRPHS 1 AND 3 OF THE DISOCVERY ORDER**

The Court, having considered the Joint Motion to Extend Time for Parties to Submit Proposed Protective Order and comply with paragraphs 1 and 3 of the Discovery Order, and for good cause shown:

Accordingly, **IT IS HEREBY ORDERED** that the deadline to file the Proposed Protective Order and comply with paragraphs 1 and 3 of the Discovery Order is extended to and including August 5, 2016.

**SIGNED this 1st day of August, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE