**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO. LTD.<br><br>    Plaintiff,<br><br>v.<br><br>T-MOBILE US, INC. and T-MOBILE USA, INC.,<br><br>    Defendants,<br><br>NOKIA SOLUTIONS AND NETWORKS US LLC and NOKIA SOLUTIONS AND NETWORKS OY,<br><br>    Intervenors. | CIVIL ACTION NO. 2:16-cv-57-JRG-RSP<br><br>JURY TRIAL DEMANDED |

**NOTICE OF COMPLIANCE**

Defendants T-Mobile US, Inc. and T-Mobile USA, Inc. (collectively "T-Mobile") and

Intervenors Nokia Solutions and Networks US LLC and Nokia Solutions and Networks Oy

(collectively "NSN") hereby notify the Court that on November 18, 2016, pursuant to P.R. 4-2 and

the Court's Docket Control Order (2:16-cv-57-JRG-RSP, Dkt. No. 79), T-Mobile and NSN served

upon opposing counsel a preliminary proposed construction of each claim term, phrase, or clause

which the parties collectively have identified for claim construction purposes, along with a

preliminary identification of extrinsic evidence supporting each proposed construction. This

includes, for each element that any party contends is governed by 35 U.S.C. § 112(6), a preliminary

identification of the structure(s), act(s), or material(s) corresponding to that element.

1

Respectfully submitted,

Dated:  November 18, 2016

*/s/ Mark D. Selwyn (with permission)*
Mark D. Selwyn
(California Bar No. 244180)
Kathryn D. Zalewski
(California Bar No. 263119)
WILMER CUTLER PICKERING HALE
AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Tel. 650-858-6000

Joseph J. Mueller
(Massachusetts Bar No. 647567)
Cynthia Vreeland
(Texas Bar No. 20625150
Massachusetts Bar No. 635143)
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, MA 02109
Tel. 617-526-6000

Michael E. Jones
SBN: 10929400
POTTER MINTON, PC
110 North College, Suite 500
Tyler, Texas 75702
Tel. 903-597-8311
Fax 903-593-0846
Email: mikejones@potterminton.com

*Attorneys for Defendants T-Mobile US, Inc. and T-Mobile USA, Inc.*

*/s/ John D. Haynes*
John Haynes (GA Bar No. 340599)
Patrick Flinn (GA Bar No. 264540)
Michael C. Deane (GA Bar No. 498195)
Nicholas Tsui (GA Bar No. 982502)
ALSTON & BIRD LLP
1201 W. Peachtree St.
Atlanta, GA 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

Email: Patrick.Flinn@alston.com
Email: John.Haynes@alston.com
Email: Michael.Deane@alston.com
Email: Nick.Tsui@alston.com

Michael J. Newton (TX Bar No. 24003844)
Derek Neilson (TX Bar No. 24072255)
ALSTON & BIRD LLP
2800 N. Harwood St., Suite 1800
Dallas, Texas 75201
Telephone: (214) 922-3400
Facsimile: (214) 922-3899
Email: Mike.Newton@alston.com
Email: Derek.Neilson@alston.com

M. Scott Stevens (NC Bar No. 37828)
Ross R. Barton (NC Bar No. 37179)
Linda Chang (NC Bar No. 44290)
Robert Caison (NC Bar No. 46632)
Samuel Merritt (NC Bar No. 47945)
M. Joseph Fernando (NC Bar No. 49199)
ALSTON & BIRD LLP
Bank of America Plaza
101 South Tryon Street, Suite 4000
Charlotte, NC 28280-4000
Telephone: (704) 444-1000
Facsimile: (704) 444-1111
Email: Scott.Stevens@alston.com
Email: Ross.Barton@alston.com
Email: Linda.Chang@alston.com
Email: Robert.Caison@alston.com
Email: Sam.Merritt@alston.com
Email: Ravi.Fernando@alston.com

Marsha E. Diedrich (CA Bar No. 93709)
ALSTON & BIRD LLP
333 South Hope Street
16th Floor
Los Angeles, CA 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
Email: Marsha.Diedrich@alston.com

Thomas Davison (FL Bar No. 55687)
ALSTON & BIRD LLP
The Atlantic Building
950 F Street, NW

3

Washington, DC 20004-1404
Telephone: (202) 239-3300
Facsimile: (202) 239-3333
Email: Tom.Davison@alston.com

Deron R. Dacus
Texas State Bar No. 790553
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: (903) 705-1117
Facsimile: (903) 581-2543
Email: ddacus@dacusfirm.com

*Counsel for Intervenors Nokia Solutions and
Networks US LLC and Nokia Solutions and
Networks Oy.*

4

5

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2016, a true and correct copy of the foregoing document was served upon all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF System per Local Rule CV-5(a)(3).

/s/ John D. Haynes
John Haynes