IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO. LTD., <br><br> Plaintiff, <br><br> v. <br><br> T-MOBILE US, INC. and T-MOBILE USA, INC., <br><br> Defendants, <br><br> NOKIA SOLUTIONS AND NETWORKS US LLC and NOKIA SOLUTIONS AND NETWORKS OY, TELEFONAKTIEBOLAGET LM ERICSSON and ERICSSON INC., <br><br> Intervenors. | Civil Action No. 2:16-cv-00057-JRG-RSP <br><br> JURY TRIAL DEMANDED |

## NOTICE REGARDING CLAIM CONSTRUCTIONS

Pursuant to the Court's instruction at the March 17 *Markman* hearing, Plaintiff Huawei Technologies Co. Ltd. ("Plaintiff") Huawei provides the following update regarding the potential compromise claim constructions for U.S. Patent No. 8,625,527 that the Court and the parties discussed at the hearing.

**"terminal side of a second user" / "terminal side of the second user" (Claims 1, 29, 41)**

Further to the discussions at the hearing, the parties have conferred and have agreed to the following construction: "[a/the] second user's User Equipment (UE) when the second user is on an IP-based network, otherwise, [a/the] second user's UE, an interworking gateway, and the connection between them if the second user is in the CS domain/PSTN."

**"user plane first connection between the HOSF and a Handover Anchor Function-User Plane (HOAF-UP) of the second user" (Claim 1) / "HOAF-UP is configured to establish the user plane first connection between the HOSF and the HOAF-UP" (Claim 29)**

At the hearing, Defendants and Intervenors proposed the constructions "connection for the user plane from the HOSF to the second user's HOAF-UP without an intermediate anchor" for claim 1, and "HOAF-UP is configured to establish a connection for the user plane from the HOSF to the HOAF-UP without an intermediate anchor."  Plaintiff has analyzed these proposed constructions and is unable to agree to the added limitation "without an intermediate anchor."  Plaintiff rests on its briefing and arguments at the hearing for these terms.

Dated:  April 5, 2017                    Respectfully submitted,

By: /s/ David Barkan
Ruffin Cordell
Texas Bar No. 04820550
cordell@fr.com
Richard A. Sterba
DC Bar No. 461417
sterba@fr.com
**FISH & RICHARDSON P.C.**
1425 K Street, N.W., 11th Floor
Washington, D.C. 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Thomas H. Reger II
Texas Bar No. 24032992
reger@fr.com
Carl E. Bruce
Texas Bar No. 24036278
bruce@fr.com
David B. Conrad
Texas Bar No. 24049042
conrad@fr.com
Jane Du
Texas Bar No. 24076355
du@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000

Dallas, TX 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

David Barkan
California Bar No. 160825
barkan@fr.com
**FISH & RICHARDSON P.C**.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Brian G. Strand
Texas Bar No. 24081166
strand@fr.com
**FISH & RICHARDSON P.C.**
1221 McKinney Street
Houston, Texas 77010
Telephone: (713) 654-5300
Facsimile: (713) 652-0109

Phillip W. Goter (*pro hac vice*)
Minnesota Bar. No. 0392209
goter@fr.com
60 South 6th Street, 3200 RBC Plaza
Minneapolis, MN  55402
Telephone: (612) 335-5070
Facsimile: (612) 288-9696

Jonathan B. Bright
Georgia Bar. No. 256953
jbright@fr.com
**FISH & RICHARDSON P.C.**
1180 Peachtree Street, NE
Atlanta, GA  30309
Telephone: (404) 892-5005
Facisimile: (404) 892-5002

**COUNSEL FOR PLAINTIFF HUAWEI TECHNOLOGIES CO. LTD.**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on April 5, 2017 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Brian G. Strand*
Brian G. Strand
