**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO. LTD., <br><br>    Plaintiff, <br><br>v. <br><br>T-MOBILE US, INC. and T-MOBILE USA, INC., <br><br>    Defendants, <br><br>NOKIA SOLUTIONS AND NETWORKS US LLC and NOKIA SOLUTIONS AND NETWORKS OY, TELEFONAKTIEBOLAGET LM ERICSSON, and ERICSSON INC., <br><br>    Intervenors. | Nos. <br>2:16-cv-0052-JRG-RSP <br>2:16-cv-0055-JRG-RSP <br>2:16-cv-0056-JRG-RSP <br>2:16-cv-0057-JRG-RSP <br><br><br><br>JURY TRIAL DEMANDED |

**NOTICE OF APPEARANCE**

Notice is hereby given that the undersigned attorney, Lindsay C. Church, enters her appearance in the above-referenced proceedings for Intervenors Nokia Solutions and Networks US LLC and Nokia Solutions and Networks Oy ("NSN"). NSN respectfully requests that the court take note of this Notice of Appearance and make Lindsay C. Church one of its attorneys of record in this lawsuit. Copies of all communications and other documents filed in the above-referenced proceedings that are not filed via ECF should be emailed or faxed to Lindsay C. Church at the address set forth below.

Dated:  June 7, 2017 　　　　　　　　　Respectfully submitted,

<u>/s/ *Lindsay C. Church*</u>
Lindsay C. Church (Ga. Bar No. 651190)
**ALSTON & BIRD LLP**
1201 W. Peachtree St.
Atlanta, GA 30309
Telephone:  404-881-7000
Email: lindsay.church@alston.com

Deron R. Dacus (TX Bar No. 00790553)
**THE DACUS FIRM**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: 903-705-7233
Facsimile: 903-581-2543
Email: ddacus@dacusfirm.com

*Attorneys for Nokia Solutions and Networks US LLC and Nokia Solutions and Networks Oy*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on June 7, 2017, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Lindsay C. Church
Lindsay C. Church