UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO. LTD., <br><br> **Plaintiff,** <br><br> v. <br><br> T-MOBILE US, INC. and T-MOBILE USA, INC., <br><br> **Defendants,** <br><br> NOKIA SOLUTIONS AND NETWORKS US LLC, NOKIA SOLUTIONS AND NETWORKS OY, TELEFONAKTIEBOLAGET LM ERICSSON, and ERICSSON INC., <br><br> **Intervenors.** | Civil Action No. 2:16-cv-00057-JRG-RSP <br><br> **JURY TRIAL DEMANDED** |

**PLAINTIFF HUAWEI'S NOTICE OF ELECTION OF CLAIMS FOR TRIAL**

Plaintiff Huawei Technologies Co. Ltd. hereby notifies the Court that in the interest of conserving the Court's and the parties' resources, and streamlining issues for trial, Huawei will proceed only on the following asserted patents and claims:

| Patent | Claims Elected For Trial |
|---|---|
| 8,625,527 | 41 |
| 9,241,261 | 1-5, 7-13, 15-21, 23-24 |
| 9,060,268 | 1 |

Dated:  June 12, 2017                    Respectfully submitted,

By:  */s/ David Barkan*
Ruffin Cordell
Texas Bar No. 04820550
cordell@fr.com
Richard A. Sterba
DC Bar No. 461417
sterba@fr.com
**FISH & RICHARDSON P.C.**
901 15th Street, NW, Suite 700
Washington, D.C. 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Thomas H. Reger II
Texas Bar No. 24032992
reger@fr.com
Carl E. Bruce
Texas Bar No. 24036278
bruce@fr.com
David B. Conrad
Texas Bar No. 24049042
conrad@fr.com
Jane Du
Texas Bar No. 24076355
du@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

David Barkan
California Bar No. 160825
barkan@fr.com
**FISH & RICHARDSON P.C**.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

>Kevin Su
>Massachusetts Bar No. 663726
>su@fr.com
>**FISH & RICHARDSON P.C.**
>One Marina Park Drive
>Boston, MA 02210
>Telephone: (617) 542-5070
>Facsimile: (617) 542-8906
>
>**COUNSEL FOR PLAINTIFF HUAWEI TECHNOLOGIES CO. LTD.**

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2017, a true and correct copy of the foregoing document was served upon all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF System per Local Rule CV-5(a)(3).

>*/s/ David Barkan*
>David Barkan