# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **HUAWEI TECHNOLOGIES CO. LTD.,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**T-MOBILE US, INC. and**<br>**T-MOBILE USA, INC.,**<br><br>    **Defendants,**<br><br>**NOKIA SOLUTIONS AND NETWORKS US LLC, NOKIA SOLUTIONS AND NETWORKS OY, TELEFONAKTIEBOLAGET LM ERICSSON, and ERICSSON INC.,**<br><br>    **Intervenors.** | **Civil Action No. 2:16-cv-00052-JRG-RSP**<br>**Civil Action No. 2:16-cv-00055-JRG-RSP**<br>**Civil Action No. 2:16-cv-00056-JRG-RSP**<br>**Civil Action No. 2:16-cv-00057-JRG-RSP**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF COMPLIANCE

Plaintiff Huawei Technologies Co. Ltd., Defendants T-Mobile US, Inc. and T-Mobile USA, Inc., and Intervenors Nokia Solutions and Networks US LLC and Nokia Solutions and Networks Oy and Telefonaktiebolaget LM Ericsson and Ericsson Inc. hereby notify the Court that lead and local counsel for all parties met and conferred pursuant to the Court's Standing Order Regarding "Meet and Confer" Obligations Relating to Discovery Disputes on May 25 and June 14, 2017 regarding the motions currently scheduled for hearing on June 16, 2017 at 9:00 a.m. As a result of the meet and confer process, the parties were able to resolve their disputes as to the following two motions filed in the above actions:

- Huawei's Motion to Compel Source Code Computer at Depositions (Dkt. No. 205 in -52 action; Dkt. No. 195 in -55 action; Dkt. No. 197 in -56 action; Dkt. No. 192 in -57 action)[1]; and

---

[1] As part of resolving this dispute, Huawei and NSN will be contemporaneously filing a Joint Stipulation in the above actions.

- Huawei's Motions to Compel T-Mobile to Produce a Properly Prepared 30(b)(6) Witness (Dkt. No. 217 in -52 action; Dkt. No. 207 in -55 action; Dkt. No. 208 in -56 action; Dkt. No. 203 in -57 action)[2].

Huawei and NSN were further able to resolve their disputes as to the following motion filed in the NSN v. Huawei set of cases that is also scheduled to be heard on June 16:

- NSN's Motion to Compel the Production of Source Code (Dkt. No. 78) filed in Case No. 2:16-cv-753; -754; -755; -756[3].

Leaving only one remaining motion to be heard by the Court on June 16:

- T-Mobile's Motion to Compel Huawei to Produce Discovery Regarding Disclosure of the Asserted Patents to ETSI (Dkt. No. 215 in -52 action; Dkt. No. 205 in -55 action; Dkt. No. 206 in -56 action; Dkt. No. 201 in -57 action).

---

[2] This is a corrected version of Huawei's Motion to Compel a 30(b)(6) Witness (Dkt. No. 216 in -52 action; Dkt. No. 206 in -55 action; Dkt. No. 207 in -56 action; Dkt. No. 202 in -57 action).

[3] As part of resolving this dispute, Huawei and NSN will be contemporaneously filing a Joint Stipulation in the NSN v. Huawei set of cases (Case No. 2:16-cv-753; -754; -755; -756).

Dated:  June 15, 2017 	Respectfully submitted,

              By: */s/ David Barkan*
                 Ruffin Cordell
                 Texas Bar No. 04820550
                 cordell@fr.com
                 **FISH & RICHARDSON P.C.**
                 901 15th Street, NW, Suite 700
                 Washington, D.C. 20005
                 Telephone: (202) 783-5070
                 Facsimile: (202) 783-2331

                 Thomas H. Reger II
                 Texas Bar No. 24032992
                 reger@fr.com
                 Carl E. Bruce
                 Texas Bar No. 24036278
                 bruce@fr.com
                 David B. Conrad
                 Texas Bar No. 24049042
                 conrad@fr.com
                 Jane Du
                 Texas Bar No. 24076355
                 du@fr.com
                 **FISH & RICHARDSON P.C.**
                 1717 Main Street, Suite 5000
                 Dallas, TX 75201
                 Telephone: (214) 747-5070
                 Facsimile: (214) 747-2091

                 David Barkan
                 California Bar No. 160825
                 barkan@fr.com
                 **FISH & RICHARDSON P.C**.
                 500 Arguello Street, Suite 500
                 Redwood City, CA 94063
                 Telephone: (650) 839-5070
                 Facsimile: (650) 839-5071

                 Kevin Su
                 Massachusetts Bar No. 663726
                 su@fr.com
                 **FISH & RICHARDSON P.C.**
                 One Marina Park Drive
                 Boston, MA 02210
                 Telephone: (617) 542-5070
                 Facsimile: (617) 542-8906

                 **COUNSEL FOR PLAINTIFF HUAWEI TECHNOLOGIES CO. LTD.**

*/s/Mark D. Selwyn*
Mark D. Selwyn
(California Bar No. 244180)
Kathryn D. Zalewski
(California Bar No. 263119)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
950 Page Mill Road
Palo Alto, California 94304
(650) 858-6000

Joseph J. Mueller
(Massachusetts Bar No. 647567)
Cynthia Vreeland
(Texas Bar No. 20625150
Massachusetts Bar No. 635143)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
(617) 526-6000

Michael E. Jones
Texas Bar No. 10929400
mikejones@potterminton.com
E. Glenn Thames, Jr.
Texas Bar No. 00785097
glennthames@potterminton.com
**POTTER MINTON, PC**
110 North College Ave., Suite 500
Tyler, Texas 75702
Tel: 903-597-8311
Fax: 903-593-0846

*Counsel for Defendants T-Mobile US, Inc. and T-Mobile USA, Inc.*

*/s/ John Haynes*
John Haynes (GA Bar No. 340599)
Patrick Flinn (GA Bar No. 264540)
Michael C. Deane (GA Bar No. 498195)
Nicholas Tsui (GA Bar No. 982502)
**ALSTON & BIRD LLP**
1201 W. Peachtree St.
Atlanta, GA 30309-3424

4

Telephone: (404) 881-7000
Facsimile: (404) 881-7777
Email: Patrick.Flinn@alston.com
Email: John.Haynes@alston.com
Email: Michael.Deane@alston.com
Email: Nick.Tsui@alston.com

Michael J. Newton
(TX Bar No. 24003844)
Derek Neilson
(TX Bar No. 24072255)
**ALSTON & BIRD LLP**
2800 N. Harwood St., Suite 1800
Dallas, Texas 75201
Telephone: (214) 922-3400
Facsimile: (214) 922-3899
Email: Mike.Newton@alston.com
Email: Derek.Neilson@alston.com

M. Scott Stevens (NC Bar No. 37828)
Ross R. Barton (NC Bar No. 37179)
Linda Chang (NC Bar No. 44290)
Robert Caison (NC Bar No. 46632)
Samuel Merritt (NC Bar No. 47945)
M. Joseph Fernando (NC Bar No. 49199)
**ALSTON & BIRD LLP**
Bank of America Plaza
101 South Tryon Street, Suite 4000
Charlotte, NC 28280-4000
Telephone: (704) 444-1000
Facsimile: (704) 444-1111
Email: Scott.Stevens@alston.com
Email: Ross.Barton@alston.com
Email: Linda.Chang@alston.com
Email: Robert.Caison@alston.com
Email: Sam.Merritt@alston.com
Email: Ravi.Fernando@alston.com

Marsha E. Diedrich
(CA Bar No. 93709)
**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
Email: Marsha.Diedrich@alston.com

Thomas Davison
(FL Bar No. 55687)
**ALSTON & BIRD LLP**
The Atlantic Building
950 F Street, NW
Washington, DC 20004-1404
Telephone: (202) 239-3300
Facsimile: (202) 239-3333
Email: Tom.Davison@alston.com

Deron R. Dacus
Texas State Bar No. 790553
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: (903) 705-1117
Facsimile: (903) 581-2543
Email: ddacus@dacusfirm.com

*Counsel for Intervenors Nokia Solutions and Networks US LLC and Nokia Solutions and Networks Oy.*


*/s/Phillip B. Philbin*
Phillip B. Philbin
LEAD ATTORNEY
State Bar No. 15909020
Jamie H. McDole
State Bar No. 24082049
Charles M. Jones II
State Bar No. 24054941
Michael D. Karson
State Bar No. 24090198
Hamilton C. Simpson
State Bar No. 24083862
**HAYNES AND BOONE, LLP**
2323 Victory Avenue, Suite 700

6

Dallas, Texas 75219
Tel.: (214) 651-5000
Fax: (214) 651-5940
Email: phillip.philbin@haynesboone.com
jamie.mcdole@haynesboone.com
charlie.jones@haynesboone.com
michael.karson@haynesboone.com
hamilton.simpson@haynesboone.com

*Counsel for Intervenors*
*Telefonaktiebolaget LM Ericsson and*
*Ericsson Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2017, a true and correct copy of the foregoing document was served upon all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF System per Local Rule CV-5(a)(3).

*/s/David Barkan*