**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO. LTD, § <br> § Case No. 2:16-CV-00052-JRG-RSP <br> v. § Case No. 2:16-CV-00055-JRG-RSP <br> § Case No. 2:16-CV-00056-JRG-RSP <br> T-MOBILE US, INC., T-MOBILE § Case No. 2:16-CV-00057-JRG-RSP <br> U.S.A., INC. § | |

**ORDER**

Huawei Technologies Co. LTD ("Huawei") moves to compel T-Mobile US, Inc. and T-Mobile U.S.A., Inc. (collectively, "T-Mobile") to produce emails that were previously produced then withdrawn by T-Mobile on the basis of attorney-client privilege. The Court heard argument on August 22, 2017, and, for the reasons explained during the hearing, indicated that the motions would be denied.

Accordingly,

It is **ORDERED**:

Huawei's motions to compel[1] are **DENIED**.

**SIGNED this 23rd day of August, 2017.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE

---

[1] Dkt. 291 in Case No. 2:16-cv-00052;
Dkt. 271 in Case No. 2:16-cv-00055;
Dkt. 266 in Case No. 2:16-cv-00056;
Dkt. 262 in Case No. 2:16-cv-00057.