**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **HUAWEI TECHNOLOGIES CO. LTD.,**<br><br>Plaintiff,<br><br>v.<br><br>**T-MOBILE US, INC. and T-MOBILE USA, INC.,**<br><br>Defendants,<br><br>**NOKIA SOLUTIONS AND NETWORKS US LLC, NOKIA SOLUTIONS AND NETWORKS OY, TELEFONAKTIEBOLAGET LM ERICSSON, and ERICSSON INC.**<br><br>Intervenors. | **Civil Action No. 2:16-cv-00052-JRG-RSP**<br><br>**Civil Action No. 2:16-cv-00055-JRG-RSP**<br><br>**Civil Action No. 2:16-cv-00056-JRG-RSP**<br><br>**Civil Action No. 2:16-cv-00057-JRG-RSP**<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S NOTICE REGARDING PROPOSED TRIAL MANAGEMENT**

Plaintiff Huawei Technologies Co. LTD., by and through their undersigned counsel, submit their proposed trial management plan and attached hereto as Attachment 1.

Respectfully submitted,

By:     */s/ J. Mark Mann*
    **J. Mark Mann**
    State Bar No. 12926150
    mark@themannfirm.com
    **G. Blake Thompson**
    State Bar No. 24042033
    blake@themannfirm.com
    **MANN | TINDEL | THOMPSON**
    300 West Main Street
    Henderson, Texas 75652
    (903) 657-8540
    (903) 657-6003 (fax)

    Ruffin Cordell
    Texas Bar No. 04820550
    cordell@fr.com
    Richard A. Sterba
    DC Bar No. 461417
    sterba@fr.com
    **FISH & RICHARDSON P.C.**
    1425 K Street, N.W., 11th Floor
    Washington, D.C. 20005
    Telephone: (202) 783-5070
    Facsimile: (202) 783-2331

    Thomas H. Reger II
    Texas Bar No. 24032992
    reger@fr.com
    Carl E. Bruce
    Texas Bar No. 24036278
    bruce@fr.com
    David B. Conrad
    Texas Bar No. 24049042
    conrad@fr.com
    Jane Du
    Texas Bar No. 24076355
    du@fr.com
    **FISH & RICHARDSON P.C.**
    1717 Main Street, Suite 5000
    Dallas, TX 75201
    Telephone: (214) 747-5070
    Facsimile: (214) 747-2091

David Barkan
California Bar No. 160825
barkan@fr.com
**FISH & RICHARDSON P.C**.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Kevin Su
Massachusetts Bar No. 663726
su@fr.com
**FISH & RICHARDSON P.C.**
One Marina Park Drive
Boston, MA 02210
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

**ATTORNEYS FOR PLAINTIFF
HUAWEI TECHNOLOGIES CO. LTD.**

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE]- Document Filing System, to all counsel of record, on this 24th day of August, 2017.

*/s/ J. Mark Mann*
**J. Mark Mann**