**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO. LTD., <br><br> Plaintiff, <br><br> v. <br><br> T-MOBILE US, INC. and T-MOBILE USA, INC., <br><br> Defendants, <br><br> NOKIA SOLUTIONS AND NETWORKS US LLC, NOKIA SOLUTIONS AND NETWORKS OY, TELEFONAKTIEBOLAGET LM ERICSSON, and ERICSSON INC., <br><br> Intervenors. | No. 2:16-cv-00052-JRG-RSP <br> No. 2:16-cv-00055-JRG-RSP <br> No. 2:16-cv-00056-JRG-RSP <br> No. 2:16-cv-00057-JRG-RSP <br><br> JURY TRIAL DEMANDED |

**DEFENDANTS AND INTERVENORS'
RESPONSE TO PLAINTIFF'S NOTICE REGARDING
PROPOSED TRIAL MANAGEMENT PLAN**

Defendants T-Mobile US, Inc. and T-Mobile USA, Inc., and Intervenors Nokia Solutions and Networks US LLC, Nokia Solutions and Networks Oy, Telefonaktiebolaget LM Ericsson, and Ericsson Inc., by and through their undersigned counsel, submit their response to Plaintiff's proposed trial management plan attached hereto as Attachment 1.

Dated: August 28, 2017                    By:   /s/ Mark N. Reiter

               Mark D. Selwyn (California Bar No. 244180)
               Kathryn D. Zalewski (California Bar No. 263119)
               **WILMER CUTLER PICKERING**
               **HALE AND DORR LLP**
               950 Page Mill Road
               Palo Alto, California 94304
               (650) 858-6000

               Joseph J. Mueller (Massachusetts Bar No. 647567)
               Cynthia Vreeland (Texas Bar No. 20625150
               Massachusetts Bar No. 635143)
               **WILMER CUTLER PICKERING**
               **HALE AND DORR LLP**
               60 State Street
               Boston, MA 02109
               (617) 526-6000

               Josh A. Krevitt (New York Bar No. 2568228)
               **GIBSON, DUNN & CRUTCHER LLP**
               200 Park Avenue, 47th Floor
               New York, New York 10166
               Tel: (212) 351-4000
               Fax:  (212) 351-4035

               Mark N. Reiter (Texas Bar No. 16759900)
               **GIBSON, DUNN & CRUTCHER LLP**
               2100 McKinney Avenue, Suite 1100
               Dallas, Texas 75201
               Tel: (214) 698-3100
               Fax: (214) 571-2900

               Y. Ernest Hsin (California Bar No. 201668)
               **GIBSON, DUNN & CRUTCHER LLP**
               555 Mission Street
               San Francisco, CA 94105-0921
               Tel: (415) 393-8224
               Fax: (415) 374-8436

               Stuart M. Rosenberg (California Bar No. 239926)
               **GIBSON, DUNN & CRUTCHER LLP**
               1881 Page Mill Road
               Palo Alto, CA 94304-1211
               Tel: (650) 849-5389
               Fax: (650) 849-5089

               Michael E. Jones
               Texas Bar No. 10929400
               mikejones@potterminton.com
               E. Glenn Thames, Jr.

**RESPONSE TO PLAINTIFF'S PROPOSED TRIAL MANAGEMENT PLAN**          2

Texas Bar No. 00785097
glennthames@potterminton.com
**POTTER MINTON, PC**
110 North College Ave., Suite 500
Tyler, Texas 75702
Tel: 903-597-8311
Fax: 903-593-0846

*Counsel for Defendants T-Mobile US, Inc. and T-Mobile USA, Inc.*


/s/ *John D. Haynes*
John D. Haynes (GA Bar No. 340599)
Patrick J. Flinn (GA Bar No. 264540)
Michael C. Deane (GA Bar No. 498195)
**ALSTON & BIRD LLP**
1201 W. Peachtree St.
Atlanta, GA 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
Email: John.Haynes@alston.com
Email: Patrick.Flinn@alston.com
Email: Michael.Deane@alston.com

Michael J. Newton (TX Bar No. 24003844)
**ALSTON & BIRD LLP**
2800 N. Harwood St., Suite 1800
Dallas, Texas 75201
Telephone: (214) 922-3400
Facsimile: (214) 922-3899
Email: Mike.Newton@alston.com
Email: Derek.Neilson@alston.com

M. Scott Stevens (NC Bar No. 37828)
Ross R. Barton (NC Bar No. 37179)
**ALSTON & BIRD LLP**
Bank of America Plaza
101 South Tryon Street, Suite 4000
Charlotte, NC 28280-4000
Telephone: (704) 444-1000
Facsimile: (704) 444-1111
Email: Scott.Stevens@alston.com
Email: Ross.Barton@alston.com

Deron R. Dacus (Texas State Bar No. 790553)
**THE DACUS FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: (903) 705-1117
Facsimile: (903) 581-2543

<u>**RESPONSE TO PLAINTIFF'S PROPOSED TRIAL MANAGEMENT PLAN**</u>                                      3

        *Counsel for Intervenors Nokia Solutions and Networks US LLC and Nokia Solutions and Networks Oy*

        /s/ *Phillip B. Philbin*
        Phillip B. Philbin (TX Bar No. 15909020)
        LEAD ATTORNEY
        Jamie H. McDole (TX Bar No. 24082049)
        Michael D. Karson (TX Bar No. 24090198)
        Tiffany M. Cooke (TX Bar No. 24087340)
        HAYNES AND BOONE, LLP
        2323 Victory Avenue, Suite 700
        Dallas, Texas 75219
        Tel.: (214) 651-5000
        Fax: (214) 651-5940
        phillip.philbin@haynesboone.com
        jamie.mcdole@haynesboone.com
        michael.karson@haynesboone.com
        tiffany.cooke@haynesboone.com

        *Counsel for Intervenors Telefonaktiebolaget LM Ericsson and Ericsson Inc.*

# CERTIFICATE OF SERVICE

I certify that the foregoing document was filed electronically on August 28, 2017 pursuant to Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service.

        */s/ Mark N. Reiter*
        Mark N. Reiter

**RESPONSE TO PLAINTIFF'S PROPOSED TRIAL MANAGEMENT PLAN**      **4**