## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO. LTD., <br><br> Plaintiff, <br><br> v. <br><br> T-MOBILE US, INC. and T-MOBILE USA, INC., <br><br> Defendants, <br><br> NOKIA SOLUTIONS AND NETWORKS US LLC, NOKIA SOLUTIONS AND NETWORKS OY, TELEFONAKTIEBOLAGET LM ERICSSON, and ERICSSON INC., <br><br> Intervenors. | No. 2:16-cv-00052-JRG-RSP <br> No. 2:16-cv-00055-JRG-RSP <br> No. 2:16-cv-00056-JRG-RSP <br> No. 2:16-cv-00057-JRG-RSP <br><br> JURY TRIAL DEMANDED |

### ORDER GRANTING T-MOBILE AND INTERVENORS' UNOPPOSED MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT IN ITS RESPONSE TO PLAINTIFF'S MOTION IN *LIMINE*

Before the Court is T-Mobile and Intervenors' Unopposed Motion for Leave to Exceed the Page Limit in Its Response to Plaintiff's Motion in *Limine* (Dkt. 269). Having considered the motion, the Court orders that the motion be **GRANTED.** T-Mobile and Intervenors' response shall not exceed 20 pages.

**SIGNED this 31st day of August, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE